**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VEGA ASSET RECOVERY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:17-cv-01332 |
| ) | |
| NEWEDGE USA, LLC, n/k/a SG ) | Hon. Jorge L. Alonso, U.S.D.J. |
| AMERICAS SECURITIES, LLC, and ) | Hon. Maria Valdez, U.S.M.J. |
| FINANCIAL INDUSTRY ) | |
| REGULATORY AUTHORITY, ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE OF MOTION**

TO:  Gregg M. Rzepczynski                    Michael J. Greco
     Gregg Rzepczynski & Associates Ltd.     Attorney at Law
     175 W. Jackson Blvd., Suite 2230        175 W. Jackson Blvd., Suite 2230
     Chicago, IL 60604                       Chicago, IL 60604
     (312) 939-8028                          (312) 222-0599
     attygmr@gmail.com                       michaelgreco18@yahoo.com

     Betty G. Brooks
     Associate General Counsel
     FINRA
     1735 K St., N.W.
     Washington, D.C. 20006

PLEASE TAKE NOTICE that on Tuesday, May 9, 2017, at 9:30 a.m. at the time of the previously-scheduled initial status hearing, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso, or any other judge sitting in his stead, in courtroom 1219 of the United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, 60604, and then and there present Newedge USA, LLC's Motion to Confirm Arbitration Award, a copy of which has been served using the ECF System.

Dated: April 25, 2017            */s/ Stacie R. Hartman*
Stacie R. Hartman (IL Bar No. 6237265)
David C. Giles
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500
shartman@schiffhardin.com
dgiles@schiffhardin.com

*Attorneys for Newedge USA, LLC, n/k/a SG Americas Securities, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2017, a copy of the foregoing was filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will automatically notify and serve counsel for all parties having appeared of record. I further certify that the foregoing was served on Defendant Financial Industry Regulatory Authority, which has not yet appeared in this case, by causing a true and correct copy thereof to be deposited into the U.S. Post Office Mail box located at 233 South Wacker Drive, Chicago, Illinois, 60606, with postage fully prepaid, on April 25, 2017, addressed to the following (who signed FINRA's Waiver of Service of Summons (Dkt. 11)): Betty G. Brooks, FINRA Associate General Counsel, 1735 K St., N.W. Washington, D.C. 20006.

*/s/ Stacie R. Hartman*
Stacie R. Hartman (IL Bar No. 6237265)